# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re:<br><br>Michael S. Colton,<br><br>            Debtor.<br>_____/ | Bky. Case No. 22-30113<br>Chapter 7 |
| Gene W. Doeling, as Bankruptcy Trustee,<br><br>            Plaintiff,<br>  v.<br><br>Westcott Rentals, LLC,<br>Eston Holdings LLC,<br><br>            Defendants.<br>_____/ | **ORDER**<br><br><br><br><br>Adversary No. 22-07010 |

On February 3, 2023, the Bankruptcy Trustee filed a motion seeking approval of a Settlement Agreement executed by the Trustee and Defendants Westcott Rentals, LLC, and Eston Holdings LLC. The Trustee served notice of the motion, which included a summary of the terms of the settlement. The Court received no objections. Based on the information provided by the Trustee and the documents filed in this case, the Court finds that the Settlement Agreement is fair and equitable, reflects a balance of the risks of litigation with potential recovery and appears to be in the best interest of the bankruptcy estate. Therefore, **IT IS ORDERED** that the Motion for Approval of Settlement Agreement [Adv. No. 22-07010, Doc. 20; Case No. 22-30113, Doc. 20] is **GRANTED**. The Settlement Agreement filed as Adv. No. 22-07010, Doc. 19; Case No. 22-30113, Doc. 19 is **APPROVED**. The pretrial conferenced scheduled for May 17, 2023, and the trial scheduled for May 24, 2023, are cancelled.

Dated this 2nd day of March, 2023.

                                                    /s/ Shon Hastings
                                                    Shon Hastings, Judge
                                                    United States Bankruptcy Court